UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of
ARBITRATION OF DISPUTES

between

THE TRUSTEES OF THE
UNITE HERE NATIONAL RETIREMENT FUND,
Petitioner,

and

RESISTFLAME ACQUISITION CORP.
C/O KIESLING-HESS FINISHING CO.,
Respondent.

**AFFIDAVIT OF SERVICE**
**07 Civ. 3607 (RMB)**

STATE OF NEW YORK   )
                    ) ss.
County of New York  )

Michele Reid, being duly sworn, deposes and says:

1. I am over 18 years of age, am not a party to this action and reside in the Borough of Brooklyn, New York 11203.

2. On May 14, 2007 I served the Respondent herein with a copy of the Order for Initial Pretrial Conference by delivering a true copy of said Order in an envelope addressed to the Respondent at 300 West Bristol Street, Philadelphia, Pennsylvania 19140 into the custody of the United States Postal Service at a Post Office within the State of New York for certified mailing, return receipt number 7005 1160 0004 3543 1983 and regular mail.

_Michele Reid_
Michele Reid

Sworn to, before me, this
6th day of June 2007.

_Sabrina Brooks_
SABRINA BROOKS
Notary Public, State of New York
No. 01BR6152502
Qualified in Queens County,
Commission Expires 9/18/2010