UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BERMAN, J.

In the Matter of
ARBITRATION OF DISPUTES

between

THE TRUSTEES OF THE
UNITE HERE NATIONAL RETIREMENT FUND,
Petitioner,

and

RESISTFLAME ACQUISITION CORP.
C/O KIESLING-HESS FINISHING CO.,
Respondent.

ORDER TO SHOW CAUSE
07 Civ. 3607 (RMB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/07

Upon the annexed Affidavit of Mark Schwartz, Esq., sworn to the 29th day of June 2007 and upon all the proceedings had herein and for good cause shown;

Let the Respondent, Resistflame Acquisition Corp., C/O Kiesling-Hess Finishing Co. or its attorneys show cause before this Court, to be held at the United States Courthouse thereof, located at 500 Pearl Street, New York, New York 10007, on the **18** day of **July**, 2007, at **12 p**.m., or as soon thereafter as Counsel can be heard, why an Order should not be granted confirming the Arbitration Award of Philip Ross, dated March 29, 2007, and further why Petitioner should not be granted Judgment, on Default, against the Respondent on the Arbitration Award, in the principal amount of $1,152.37, together with interest in the amount of $28.96 and costs in the amount of $617.75, for a total Judgment in the amount of $1,799.08, and why the Petitioner should not have such other and further relief as may be proper.

Service of a copy of this Order, together with the Affidavit annexed hereto, on the Respondent or his attorney on or before the **12th** day of **July**, 2007, by certified mail, return receipt requested as is provided for by the Collective Bargaining Agreement and Supplemental Agreement thereto entered into by and between the Respondent and the Philadelphia Joint Board of the Amalgamated Clothing and Textile Workers Union, AFL-CIO, CLC, presently known as UNITE HERE, shall be deemed sufficient.

Any reply by July 14, 2007 @ NOON

Dated: **7/9/07**
New York, New York

RMB
_____
Richard M. Berman
United States District Court Judge