UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of
ARBITRATION OF DISPUTES

between

THE TRUSTEES OF THE
UNITE HERE NATIONAL RETIREMENT FUND,
Petitioner,

and

RESISTFLAME ACQUISITION CORP.
C/O KIESLING-HESS FINISHING CO.,
Respondent.

**AFFIDAVIT OF SERVICE**
**07 Civ. 3607 (RMB)**

STATE OF NEW YORK    )
                     ) ss.
COUNTY OF NEW YORK   )

Michele Reid, being duly sworn, deposes and says:

1. I am over 18 years of age, am not a party to this action and reside in the Borough of Brooklyn, New York 11203.

2. On July 9, 2007 I served the Respondent herein with a copy of the signed Order to Show Cause by causing a true copy of said papers addressed to the Respondent at 300 West Bristol Street, Philadelphia, Pennsylvania 19140 to be delivered to the United States Postal Service at a Post Office within the State of New York for certified mailing, return receipt number 7006 2150 0000 7942 7044 and regular mail.

_____Michele Reid_____
Michele Reid

Sworn to, before me, this
10th day of July 2007.

_____Sabrina Brooks_____

SABRINA BROOKS
Notary Public, State of New York
No. 01BR6152502
Qualified in Queens County,
Commission Expires 9/18/2010